Grigori Samouelian, Appellant,
against
RSK Associates, LLC and Thomas Poll, Respondents. 




Grigori Samouelian, appellant pro se.
RSK Associates, LLC and Thomas Poll, respondents pro se (no brief filed).

Appeal from a judgment of the Civil Court of the City of New York, Kings County (Joy F. Campanelli, J.), entered December 7, 2017. The judgment, after a nonjury trial, dismissed the action.




ORDERED that the judgment is affirmed, without costs. 
Plaintiff commenced this small claims action to recover the principal sum of $1,300, which plaintiff alleged was the sum due for construction work he had performed pursuant to an agreement with defendant Thomas Poll. Following a nonjury trial, the Civil Court dismissed the action. 
In a small claims action, our review is limited to a determination of whether "substantial justice has . . . been done between the parties according to the rules and principles of substantive law" (CCA 1807; see CCA 1804; Ross v Friedman, 269 AD2d 584 [2000]; Williams v Roper, 269 AD2d 125 [2000]). Furthermore, the determination of a trier of fact as to issues of credibility is given substantial deference, as a trial court's opportunity to observe and evaluate the testimony and demeanor of the witnesses affords it a better perspective from which to assess their credibility (see Vizzari v State of New York, 184 AD2d 564 [1992]; Kincade v Kincade, 178 AD2d 510, 511 [1991]). This deference applies with greater force to judgments rendered in the Small Claims Part of the court (see Williams v Roper, 269 AD2d at 126). 
Upon a review of the record, we find that the court's determination dismissing the action is supported by the record and is based on its implicit credibility findings. Consequently, the judgment provided the parties with substantial justice according to the rules and principles of substantive law (see CCA 1804, 1807).
Accordingly, the judgment is affirmed. 
ALIOTTA, P.J., ELLIOT and TOUSSAINT, JJ., concur.

ENTER:
Paul Kenny
Chief Clerk
Decision Date: May 8, 2020